AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Virginia Citizens Defense League, Daniel L. Hawes, Esq., and Patricia Webb <br><br> *Plaintiff(s)* <br> v. <br> Katie Couric, Stephanie Soechtig, Atlas Films LLC, and Studio 3 Partners LLC d/b/a Epix <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16cv757-JAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katie Couric
151 East 78th Street, #10
New York, New York 10128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas A. Clare
Elizabeth M. Locke
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo, Clerk*

CLERK OF COURT

Date: SEP 15 2016

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Virginia Citizens Defense League, Daniel L. Hawes, Esq., and Patricia Webb <br><br> *Plaintiff(s)* <br> v. <br> Katie Couric, Stephanie Soechtig, Atlas Films LLC, and Studio 3 Partners LLC d/b/a Epix <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16cv757-JAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie Soechtig
3120A Colorado Avenue
Santa Monica, California 90404


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas A. Clare
Elizabeth M. Locke
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

CLERK OF COURT

FILE COPY

Date: SEP 15 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Virginia Citizens Defense League, Daniel L. Hawes, Esq., and Patricia Webb <br><br> *Plaintiff(s)* <br> v. <br> Katie Couric, Stephanie Soechtig, Atlas Films LLC, and Studio 3 Partners LLC d/b/a Epix <br><br> *Defendant(s)* | Civil Action No. 3:16cv757-JAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Studio 3 Partners LLC d/b/a Epix
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas A. Clare
Elizabeth M. Locke
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk

CLERK OF COURT

FILE COPY

Date: SEP 15 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Virginia Citizens Defense League, Daniel L. Hawes, Esq., and Patricia Webb <br><br> *Plaintiff(s)* <br> v. <br> Katie Couric, Stephanie Soechtig, Atlas Films LLC, and Studio 3 Partners LLC d/b/a Epix <br><br> *Defendant(s)* | Civil Action No. 3:16cv757-JAG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlas Films LLC
c/o Stephanie Soechtig, Registered Agent
3120A Colorado Avenue
Santa Monica, California 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas A. Clare
Elizabeth M. Locke
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

CLERK OF COURT

Date: SEP 15 2016

FILE COPY

*Signature of Clerk or Deputy Clerk*