# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

VIRGINIA CITIZENS DEFENSE LEAGUE, DANIEL L. HAWES, ESQ., and PATRICIA WEBB,

        Plaintiffs,

   v.

KATIE COURIC, STEPHANIE SOECHTIG, ATLAS FILMS LLC, and STUDIO 3 PARTNERS, LLC d/b/a EPIX,

        Defendants.

No. 3:16cv757-JAG

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Virginia Citizens Defense League, Daniel L. Hawes, Esq., and Patricia Webb appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on May 31, 2017 [ECF Dkt. No. 43] ("Final Judgment"), granting the Defendants' motions to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In appealing from the Final Judgment, Plaintiffs appeal from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

Case 3:16-cv-00757-JAG   Document 44   Filed 06/28/17   Page 2 of 3 PageID# 422

Dated: June 28, 2017                                       Respectfully submitted,

                                                           */s/ Daniel P. Watkins*
                                                           ─────────────────────────
                                                           Thomas A. Clare (VSB #39299)
                                                           Elizabeth M. Locke (VSB #71784)
                                                           Megan L. Meier (VSB #88720)
                                                           Daniel P. Watkins (VSB #84592)
                                                           Clare Locke LLP
                                                           10 Prince Street
                                                           Alexandria, VA 22314
                                                           Telephone: (202) 628-7400
                                                           tom@clarelocke.com
                                                           libby@clarelocke.com
                                                           megan@clarelocke.com
                                                           daniel@clarelocke.com
                                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served on the below counsel of record via email on June 28, 2017, in accordance with the Federal Rules of Civil Procedure.

Kevin T. Baine
Thomas G. Hentoff
Nicholas G. Gamse
Emily A. Rose
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: kbaine@wc.com
Email: thentoff@wc.com
Email: ngamse@wc.com
Email: erose@wc.com

*Counsel for Katie Couric*

Nathan E. Siegel
Mara J. Gassmann
Matthew E. Kelley
Levine Sullivan Koch & Schulz, LLP
1899 L Street, NW, Suite 200
Washington, DC  20036
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: nsiegel@lskslaw.com
Email: mgassmann@lskslaw.com
Email: mekelley@lskslaw.com

*Counsel for Defendant Atlas Films, LLC*

Elizabeth McNamara
Linda Steinman
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: lindasteinman@dwt.com

Patrick J. Curran Jr.
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-3401
Telephone: (202)973-4200
Facsimile: (202)973-4449
Email: patcurran@dwt.com

*Counsel for Defendant Studio 3 Partners LLC d/b/a Epix*

 

By: /s/ *Daniel P. Watkins*
Daniel P. Watkins